■ KEC CORP., Appellant, v. FULTON-MONTGOMERY COMMUNITY COLLEGE et al., Respondents. COUNTY OF FULTON et al., Third-Party Plaintiffs, v. EDGAR TAFFEL et al., Third-Party Defendants. TOUGHER HEATING AND PLUMBING CO., INC., Fourth-Party Plaintiff, v. JOHNSON SERVICE COMPANY, Fourth-Party Defendant.— Appeal dismissed, without costs, unless appellant shall, on or before January 2, 1974, file and serve record, brief and notice of argument for the term commencing February 11, 1974, in which event motion denied. Appeal from judgment insofar as it dismisses third-party complaint and fourth-

party complaint dismissed, without costs, on the ground that appellant is not aggrieved by such dismissals (CPLR 5511; *Morais* v. *Richard*, 32 Misc 2d 658). Herlihy, P. J., Staley, Jr., Sweeney, Kane and Main, JJ., concur.